

1

2

3

4

**Entered on Docket
February 24, 2011**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

5

6

7

8

9  Kristin A. Schuler-Hintz, Esq., SBN 7171
   Christopher K. Lezak, Esq., SBN 11185

10  McCarthy & Holthus, LLP
    9510 West Sahara Avenue, Suite 110

11  Las Vegas, NV 89117
    Phone (702) 685-0329

12  Fax (866) 339-5691

13  NVBK@McCarthyHolthus.com

14  Attorney for Secured Creditor,
    US Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc. for Asset-

15  Backed Pass-Through Certificates Series 2006-WMC1, its assignees and/or successors and the
    servicing agent AMERICAS SERVICING COMPANY

16

17              UNITED STATES BANKRUPTCY COURT

18                    DISTRICT OF NEVADA

19  In re:                          ) Case No.: 10-31372-bam
                                    )
20  Richard Allan Jackson,          ) Chapter  7
                                    )
21              Debtor.             ) DATE:  02/22/11
                                    ) TIME:   01:30 pm
22                                  )
23                                  ) **ORDER TERMINATING**
24                                  ) **AUTOMATIC STAY**
    _____ )
25

26

27        The Motion for Relief From Automatic Stay came on regularly for hearing at the date and

28  time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and

29  supporting evidence, and good cause appearing, the Court rules as follows:

*Rev. 12.09*                        M&H File No. NV-10-39737
                                    10-31372-bam

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay

2    provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of

3    Movant in the real property commonly known as 512 Anatolia Lane, Las Vegas, NV 89145.

4

5    IT IS SO ORDERED.

6

7

8    Submitted by:
     McCarthy & Holthus, LLP

9
     */s/Christopher K. Lezak*
10   Christopher K. Lezak, Esq.
     9510 West Sahara Avenue, Suite 110
11   Las Vegas, NV 89117
     702-685-0329
12

13   Approved/Disapproved

14   *Order Filed 01/21/11-no response received*
15   Anthony DeLuca, Esq.
     7580 West Sahara Avenue
16   Las Vegas, NV 89117
     (702) 873-5386
17

18   Approved/Disapproved

19   *Order Filed 01/21/11-no response received*
20   Joseph B. Atkins
     5030 Paradise Road #B-213
21   Las Vegas, NV 89119

22

23

24

25

26

27

28

29

*Rev. 12.09*                                    M&H File No. NV-10-39737
                                                10-31372-bam

<u>ALTERNATIVE METHOD re; RULE 9021:</u>

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: None

Unrepresented parties appearing: None

Trustee: No Appearance at Hearing; No additional Service required.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:
McCarthy & Holthus, LLP

<u>/s/ Christopher K. Lezak</u>
Christopher K. Lezak, Esq.

###